# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: BKATZ@OLSHANLAW.COM
DIRECT DIAL: 212.451.2276

April 30, 2021

**By ECF**

Hon. Andrew Krause
United States Magistrate Judge
Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Clear Channel Outdoor, LLC v. City of New Rochelle, et al.*, No. 7:20-cv-9296 (NSR) (AEK); *Vector Media LLC v. City of New Rochelle, et al.*, No. 7:21-cv-266 (NSR) (AEK)

Dear Judge Krause:

    This firm is counsel to Plaintiff Vector Media, LLC in the above-referenced action. We write to request a brief adjournment of the status conference in the above-captioned action scheduled for Tuesday, May 4 at 11:00 a.m. Unfortunately, counsel for Vector Media has had a preliminary injunction hearing in State Court scheduled for May 4, 2021 at 11:00am (the same time as the conference in this matter). As such, we respectfully request an adjournment of the May 4 conference, to the week of May 10, or another date convenient for the Court. Counsel for New Rochelle and Clear Channel have consented to this request.

    We thank the Court for its attention to this matter and apologize for any inconvenience.

    Respectfully submitted,

    /s/Brian A. Katz
    Brian A. Katz
    *Counsel for Vector Media, LLC*

---

APPLICATION GRANTED. The status conference in these matters is hereby adjourned to May 12, 2021 at 9:30 a.m. The parties are directed to use the AT&T teleconference line and access code listed at https://nysd.uscourts.gov/hon-andrew-e-krause.
Dated: May 3, 2021

SO ORDERED.

*Andrew Krause* (signature)

_____
ANDREW E. KRAUSE
United States Magistrate Judge