**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VECTOR MEDIA, LLC,

                Plaintiff,

  -against-                                  21 **CIVIL** 266 (NSR) (AEK)

**JUDGMENT**

CITY OF NEW ROCHELLE, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 21, 2025, Count IX of the Vector Complaint is DISMISSED without prejudice. Judgment is entered in favor of Vector Media on Counts II and VII and in favor of Defendants on Counts I, V, VI, and X. Counts III, IV, VIII, and IX are dismissed without prejudice. Defendants are ENJOINED from removing or ordering the removal of any billboard owned by Vector Media within the City of New Rochelle without just compensation and procedure in accordance with New York's Eminent Domain Procedure Law; accordingly, the case is closed.

**Dated:** New York, New York

      March 24, 2025

                                              **TAMMI M HELLWIG**
                                              **Clerk of Court**

                    **BY:**
                                              **Deputy Clerk**